PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SANDRA VIDAL o/b/o S.L.V., ) | |
| ) | CASE NO. 1:21CV1510 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| KILOLO KIJAKAZI, ) | |
| ACTING COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | **SENTENCE-FOUR REMAND ORDER** |

An Administrative Law Judge ("ALJ") denied Plaintiff Sandra Vidal's application for supplemental security income ("SSI") on behalf of her minor child, S.L.V. after a hearing in the above-captioned case. That decision became the final determination of the Commissioner of Social Security when the Appeals Council denied the request to review the ALJ's decision. The claimant sought judicial review of the Commissioner's decision.[1]

---

[1] The Court referred the case to Magistrate Judge Kathleen B. Burke for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.2(b)(1). In October 2021, the case was reassigned from Magistrate Judge Burke to Magistrate Judge Amanda M. Knapp pursuant to General Order 2021-15.

(1:21CV1510)

Pending is the parties' Joint Stipulation to Remand to the Commissioner (ECF No. 12) under sentence four of 42 U.S.C. § 405(g).[2] The parties stipulate that the Court remand the matter to the Commissioner for further proceedings and a new decision.

Accordingly, the decision of the Commissioner of Social Security is reversed and the case is remanded to the Commissioner for further proceedings and a new decision.  On remand, the Appeals Council shall remand this case to the ALJ for further development of the administrative record as necessary to determine whether S.L.V. is disabled within the meaning of the Social Security Act.  After completing the foregoing and conducting any development of the record the ALJ deems appropriate, the ALJ shall issue a new decision.

    IT IS SO ORDERED.

| | |
|---|---|
|  January 31, 2022  |  /s/ Benita Y. Pearson  |
| Date | Benita Y. Pearson |
| | United States District Judge |

---

[2] Sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), states:
> The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.